**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TERRI L. FICK | : | No. 582 MAL 2021 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| NICHOLAS E. FICK | : | |
| | : | |
| | : | |
| PETITION OF:  CJL PROPERTY | : | |
| HOLDINGS, LLC | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2022, the Petition for Allowance of Appeal is

**DENIED**.